FILED
2026 Jun-16 AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GALVIN PRIDGEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 2:26-cv-01023-HDM** |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve the defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

Respectfully Submitted,

_/s/ Peter H. Burke________________
Peter H. Burke (ASB-1992-K74P)

**OF COUNSEL**:

CR LEGAL TEAM, LLP
3535 Grandview Parkway, Suite 222
Birmingham, Alabama 35243
Phone: 205-747-1901
Fax: 877-718-9952
phburke@crlegalteam.com