FILED
2026 Jun-24 PM 12:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GALVIN PRIDGEN,** | ) | **Summons** |
| **Plaintiff,** | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 2:26-01023-HDM** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) | |
| **Defendant.** | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

The Lincoln National Life Insurance Company
c/o Legal Department
1300 S. Clinton St.
Fort Wayne, IN 4680

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Peter H. Burke
CR LEGAL TEAM, LLP
3535 Grandview Parkway, Suite 222
Birmingham, Alabama 35243

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 6/22/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _______ day of _________________, __________, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at ______________________________________________

________________________________________________________________________

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

________________________________________________________________________

________________________________________________________________________

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

________________________________________________________________________

________________________________________________________________________

***I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

____________________ ________________________________________

***Date*** ***Authorized or Specially Appointed Process Server***

Costs of Service: Service fee: $

Expenses: ______ miles @ _________cents $_______________

TOTAL $