FILED
2026 Jul-20 PM 04:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| GALVIN PRIDGEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:26-cv-01023-HDM |
| THE LINCOLN NATIONAL | ) | |
| LIFE INSURANCE COMPANY, | ) | UNOPPOSED |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION REGARDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, The Lincoln National Life Insurance Company ("Defendant"), files this Unopposed Motion Regarding Deadline for Defendant to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on June 15, 2026. Defendant was served with process on June 29, 2026, and thus must file its Answer or otherwise respond by July 20, 2026.

2. Defendant requests an extension to respond to or answer Plaintiff's Complaint in order to allow Defendant time to obtain the necessary documents to appropriately respond to the Complaint. As such, Defendant requests that the Court enter an order that it shall have until and including August 3, 2026, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the undersigned conferred with Plaintiff's counsel, Peter Burke, with regard to the relief requested in this Motion, and Mr. Burke has stated that Plaintiff is not opposed to this Motion.

4. This Unopposed Motion Regarding Deadline for Defendant to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

**PRAYER**

Defendant requests that the Court enter an order that Defendant has until and including August 3, 2026, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 20th day of July 2026.

Respectfully submitted,

/s/ *Matthew W. Robinett*

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

- *And* -

s/ *Iwana Rademaekers*
Iwana Rademaekers
(*Pro Hac Vice* Motion Pending)
Texas Bar No. 16452560
Attorney for Defendant
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 20th day of July 2026, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Peter Burke (ASB-1992-K74P)
Email: phburke@crlegalteam.com

*/s/ Matthew W. Robinett*
Matthew W. Robinett