FILED
2026 Sep-01 AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GALVIN PRIDGEN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 2:26-cv-1023-HDM** |

**ERISA SCHEDULING ORDER**

This Scheduling Order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

1. **Pleadings and Parties:** No causes of action, defenses, or parties may be added without leave of court.

2. **Discovery:** If the parties are unable to reach an agreement allowing discovery to proceed, either party may petition the Court for leave to conduct discovery. Any discovery allowed by the Court or agreed to by the parties shall be completed by February 8, 2027.

3. **Fact Discovery:** No fact discovery shall be allowed unless authorized by the Court.

4. **Cross Motions for Judgment on the Administrative Record:** The parties will meet, confer and agree upon the Administrative Record. The parties

shall file simultaneous cross-motions for judgment on the Administrative Record by 4:30 p.m. on March 8, 2027. At the same time defendant shall file the agreed-upon Administrative Record. Responses shall be due by 4:30 p.m. on March 15, 2027.

5. **Status Conference:** If the court believes that a status conference is necessary, a hearing will be set at a later date.

6. **Trial:** If the court deems that oral arguments are necessary, a hearing will be set by the court at a later date.

**DONE** and **ORDERED** this 1st day of September 2026.

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE